**DENY Nunc Pro Tunc; and Opinion Filed December 16, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01443-CV

### IN RE THOMAS J. ELLIS, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1010227**

# MEMORANDUM OPINION NUNC PRO TUNC

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Relator contends the trial judge erred in granting summary judgment. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

131443F.P05